# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3181
_____

ALPHONSO JAMES, SR.,

   Appellant,

   v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

   Appellee.

_____

On appeal from dismissal of Petition for Writ of Habeas Corpus.
Christopher N. Patterson, Judge.

May 23, 2018

PER CURIAM.

   AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Alphonso James, Sr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Thomas H. Duffy, Assistant Attorney General, for Appellee.